| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 98-CR-3339-002-BTM |
| | | DOCKET NUMBER *(Rec. Court)* |
| | REDACTED | CR05-23 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Edwin JACKSON <br><br> New Castle, DE 19720 | NAME OF SENTENCING JUDGE <br> Barry Ted Moskowitz | |
| | DATES OF SUPERVISED RELEASE | FROM <br> July 2, 2004 | TO <br> July 1, 2007 |

**OFFENSE**

Count One: 18 U.S.C. § 2113(a), Bank Robbery, a Class C felony.
Count Two: 18 U.S.C. § 924(c)(1) and 18 U.S.C. § 2, Use and Carrying of a Firearm During the Commission of a Crime of Violence and Aiding and Abetting, Class C felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2-28-05_
Date

Barry Ted Moskowitz
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

laf /