CR05-23

FILED
00 FEB 16 PM 2:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: /s/ _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

ANTHONY EDWIN JACKSON (2)

JUDGMENT INCLUDING SENTENCE UNDER
THE SENTENCING REFORM ACT OF 1984

CRIMINAL CASE NO. 98CR3339-BTM
ELIZABETH BARRANCO
ATTORNEY OF RECORD

**THE DEFENDANT:**

_X_ pleaded guilty to counts ONE AND TWO OF THE INDICTMENT.

___ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 18 USC 2113(a) & 2 | AIDING AND ABETTING BANK ROBBERY | 1 |
| 18 USC 924(c)(1) & 2 | AIDING AND ABETTING USE AND CARRYING A FIREARM DURING THE COMMISSION OF A CRIME OF VIOLENCE | 2 |

The defendant is sentenced as provided in pages 2 through _4_ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

___ _____ dismissed on the motion of the United States.

_X_ Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of $100.00 as to each count for a total of $200.00 which shall be due immediately, or through the Inmate Financial Responsibility Program.

_X_ It has been determined that the defendant is unable to pay a fine. FINE WAIVED.

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

FEBRUARY 10, 2000
Date of Imposition of Sentence

Barry T. _____
United States District Judge
ENTERED

98CR3339

JUDGMENT - PAGE 2 OF 4

DEFENDANT: ANTHONY EDWIN JACKSON
CASE NUMBER: 98CR3339-BTM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>EIGHTEEN (18) MONTHS AS TO COUNT 1 AND SIXTY (60) MONTHS AS TO COUNT 2, CONSECUTIVELY</u>.

*Barry Ted Moskowitz*
Barry Ted Moskowitz
United States District Judge

[X] The Court makes the following recommendations to the Bureau of Prisons:

PARTICIPATION IN A 500 HOUR DRUG PROGRAM AND RECEIVE MENTAL HEALTH TREATMENT.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    Deputy Marshal



98CR3339

DEFENDANT: ANTHONY DWIN JACKSON
CASE NUMBER: 98CR3339-BTM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>THREE (3) YEARS AS TO COUNTS 1 AND 2, CONCURRENTLY, BUT CONSECUTIVE IF VIOLATED</u>.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

- ___  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.
- ___  The above drug testing condition is suspended when the defendant is returned to Mexico.
- _X_  The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall abstain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

98CR3339

DEFENDANT: ANTHONY EDWIN JACKSON
CASE NUMBER: 98CR3339-BTM

JUDGMENT - PAGE 4 OF 4

## SPECIAL CONDITIONS OF SUPERVISION

_X_ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

_X_ Not possess firearms, explosive devices, or other dangerous weapons.

____ If deported, excluded, or allowed to voluntarily return to Mexico, not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

_X_ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

_X_ Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the probation officer.

_X_ Provide complete disclosure of all personal and business financial records to the probation officer when requested.

____ Resolve all outstanding warrants within sixty (60) days of release from custody.

_X_ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medications without permission. The Court authorizes the release of the pre-sentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant shall consent to the release of evaluations and treatment information to the probation officer and the Court by the mental health provider.

____ Not aid, assist, harbor or transport undocumented aliens.

_X_ Not associate with known alien smugglers.

_X_ Not associate with known drug traffickers or users.

_X_ Not enter Mexico without the written permission of the probation officer.

____ Maintain full-time employment or education or a combination of both.



98CR3339