# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



April 29, 2005

Clerk, U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

**Transfer of Jurisdiction**

05 CR 23

    Our Case #:   98CR3339BTM
    Re:           ANTHONY EDWIN JACKSON

RECEIVED MAY - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD

Dear Clerk of the Court:

    Enclosed please find the following documents:

        Certified copy of Transfer of Jurisdiction
        Certified copy of indictment, information or complaint
        Certified copy of Judgment
        Certified copy of docket sheet
        Certified copy of any OSC's

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                            Sincerely yours,

                            W. Samuel Hamrick, Jr.
                            Clerk of Court

                            By: K. Ridgeway
                            K. Ridgeway, Deputy Clerk