| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 98-CR-3339-002-BTM |
| | | DOCKET NUMBER (Rec. Court) |
| | | 05-23 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Edwin JACKSON | | |
| | NAME OF SENTENCING JUDGE | |
| | Barry Ted Moskowitz | |
| | DATES OF SUPERVISED RELEASE | FROM July 2, 2004 — TO July 1, 2007 |

**OFFENSE**

Count One: 18 U.S.C. § 2113(a), Bank Robbery, a Class C felony.
Count Two: 18 U.S.C. § 924(c)(1) and 18 U.S.C. § 2, Use and Carrying of a Firearm During the Commission of a Crime of Violence and Aiding and Abetting, Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2-28-05                    Barry Ted Moskowitz
Date                       U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

I hereby attest and certify on 4/29/05
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

4-1-05                     United States District Judge
Effective Date

laf /
BGQ