```
                                                     TERMED SEALDC
                    U.S. District Court
           Southern District of California (San Diego)

         CRIMINAL DOCKET FOR CASE #: 98-CR-3339-ALL
```

USA v. Gist                                          Filed: 11/17/98

Other Dkt # 3:98-m -02928

Case Assigned to: Judge Barry Ted Moskowitz

WALTER GARFIELD GIST (1)              Richard M Barnett
    defendant                          [term 03/08/99]
[term 07/12/02]                        [COR LD NTC cja]
                                       Law Offices of Richard M
                                       Barnett
                                       105 West F Street
                                       Fourth Floor
                                       San Diego, CA 92101
                                       (619)231-1182

                                       Frank T Vecchione
                                        [term 07/12/02]
                                       (619)239-0056
                                       [COR LD NTC cja]
                                       Law Office of Frank T Vecchione
                                       105 West F Street
                                       Suite 215
                                       San Diego, CA 92101
                                       (619)231-3653

                                       Debra Ann DiIorio
                                        [term 04/19/99]
                                       (619)544-1473
                                       [COR LD NTC cja]
                                       DiIorio and Hall
                                       964 Fifth Avenue
                                       The Granger Building Suite 214
                                       San Diego, CA 92101
                                       (619)544-1451

I hereby attest and certify on 4/29/05
That the foregoing document is a full true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By K Ridgeway, Deputy

Pending Counts:                       Disposition

18:2113(a) Bank Robbery; 18:2         Dft committed to the custody of
- Abetting and aiding                 the BOP for a term of 21
(1s)                                  months as to count 1s and 3s
                                      concurrent, 60 months as to
                                      count 2s consecutive to count
                                      1s and 3s, and 60 months as
                                      to count 4s consecutive to
                                      count 1s,2s, and 3s, for a
                                      total of 141 months; 3 years

Docket as of April 29, 2005 7:54 am                     Page 1

Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                    SEALDC

|  |  |
|---|---|
|  | supervised release as to counts 1s,2s,3s, and 4s concurrent; $100 P/A as to count 1s,2s,3s, and 4s for a total of $400 and no fine; (1s) |
| 18:924(c)(1) Use and Carrying of a Firearm During the Commission of a Crime of Violence; 18:2 Aiding and Abetting  (2s) | Dft committed to the custody of the BOP for a term of 21 months as to count 1s and 3s concurrent, 60 months as to count 2s consecutive to count 1s and 3s, and 60 months as to count 4s consecutive to count 1s,2s, and 3s, for a total  of 141 months; 3 years supervised release as to counts 1s,2s,3s, and 4s concurrent; $100 P/A as to count 1s,2s,3s, and 4s for a total of $400 and no fine; (2s) |
| 18:2113(a) Bank Robbery (3s) | Dft committed to the custody of the BOP for a term of 21 months as to count 1s and 3s concurrent, 60 months as to count 2s consecutive to count 1s and 3s, and 60 months as to count 4s consecutive to count 1s,2s, and 3s, for a total  of 141 months; 3 years supervised release as to counts 1s,2s,3s, and 4s concurrent; $100 P/A as to count 1s,2s,3s, and 4s for a total of $400 and no fine; (3s) |
| 18:924(c)(1) Use and Carrying of a Firearm During the Commission of a Crime of Violence (4s) | Dft committed to the custody of the BOP for a term of 21 months as to count 1s and 3s concurrent, 60 months as to count 2s consecutive to count 1s and 3s, and 60 months as to count 4s consecutive to count 1s,2s, and 3s, for a total  of 141 months; 3 years supervised release as to counts 1s,2s,3s, and 4s concurrent; $100 P/A as to count 1s,2s,3s, and 4s for a total of $400 and no fine; (4s) |

```
Proceedings include all events.                                      TERMED
3:98cr3339-ALL USA v. Gist
                                                                     SEALDC


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:2113(a) - Bank Robbery;              Govt oral motion to dismiss
18:2 - Aiding and Abetting              remaining counts - granted;
(1)                                     (1)

18:924(c)(1) - Use and                  Govt oral motion to dismiss
Carrying of a Firearm During            remaining counts - granted;
the      Commission of a Crime          (2)
of Violence; 18:2 - Aiding and
Abetting
(2)


Offense Level (disposition): 4



Complaints:

    NONE


=========================
```

```
Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                   SEALDC
Case Assigned to:  Judge Barry Ted Moskowitz
```

ANTHONY EDWIN JACKSON (2)          Elizabeth A Barranco
    defendant                         [term  02/10/00]
[term  02/10/00]                   (619)583-0325
                                  [COR LD NTC cja]
                                  Law Office of Elizabeth A
                                  Barranco
                                  PO Box 40419
                                  San Diego, CA 92164-0419
                                  (619)583-0364

| Pending Counts: | Disposition |
|---|---|
| 18:2113(a) - Bank Robbery; 18:2 - Aiding and Abetting (1) | 18 months as to count one; 60 months as to count two consecutive to count one custody of the Bureau of Prisons;  three years supervised release as to counts one and two    concurrently plus conditions; $100 penalty assessment as to  each count for a total of $200 thru Inmate Financial Responsibility Program; no fine imposed (1) |
| 18:924(c)(1) - Use and Carrying of a Firearm During the     Commission of a Crime of Violence; 18:2 - Aiding and Abetting (2) | 18 months as to count one; 60 months as to count two consecutive to count one custody of the Bureau of Prisons;  three years supervised release as to counts one and two    concurrently plus conditions; $100 penalty assessment as to  each count for a total of $200 thru Inmate Financial Responsibility Program; no fine imposed (2) |

Offense Level (opening): 4

Terminated Counts:

   NONE

Docket as of April 29, 2005 7:54 am                                Page 4

```
Proceedings include all events.                              TERMED
3:98cr3339-ALL USA v. Gist
                                                             SEALDC

Complaints:

    NONE



============================

Case Assigned to:  Judge Barry Ted Moskowitz

BURNETT POLLARD, JR (3)          Lynn H Ball
aka                                [term  07/12/02]
Burnett Pollard                  (619)225-1720
     defendant                   [COR LD NTC cja]
  [term  07/12/02]               Law Office of Lynn H Ball
                                 1560 Scott Street
                                 San Diego, CA 92106-2333
                                 (619)225-1914


Pending Counts:                          Disposition

18:2113(a) Bank Robbery; 18:2    Dft committed to the custody of
- Abetting and aiding            the BOP for a term of 33
(1s)                             months as to count 1s and 5s
                                 concurrent, 60 months as to
                                 count 2s consecutive to count
                                 1s and 5s for a total of 93
                                 months; supervised release for
                                 a term of 3 years as to
                                 counts 1s,2s and 5s; $100 P/A
                                 as to count 1s,2s and 5s for
                                 a total of $300 and no fine;
                                 (1s)

18:924(c)(1) Use and Carrying    Dft committed to the custody of
of a Firearm During the          the BOP for a term of 33
Commission of a Crime of         months as to count 1s and 5s
Violence; 18:2 Aiding and        concurrent, 60 months as to
Abetting  (2s)                   count 2s consecutive to count
                                 1s and 5s for a total of 93
                                 months; supervised release for
                                 a term of 3 years as to
                                 counts 1s,2s and 5s; $100 P/A
                                 as to count 1s,2s and 5s for
                                 a total of $300 and no fine;
                                 (2s)

18:2113(a) Bank Robbery; 18:2    Dft committed to the custody of
Aiding and Abetting              the BOP for a term of 33
(5s)                             months as to count 1s and 5s
                                 concurrent, 60 months as to
                                 count 2s consecutive to count
                                 1s and 5s for a total of 93
```

```
Proceedings include all events.                                TERMED
3:98cr3339-ALL USA v. Gist
                                                               SEALDC
                              months; supervised release for
                              a term of 3 years as to
                              counts 1s,2s and 5s; $100 P/A
                              as to count 1s,2s and 5s for
                              a total of $300 and no fine;
                              (5s)


Offense Level (opening): 4


Terminated Counts:                     Disposition

18:2113(a) - Bank Robbery;             Govt oral motion to dismiss
18:2 - Aiding and Abetting             remaining counts - granted;
(1)                                    (1)

18:924(c)(1) - Use and                 Govt oral motion to dismiss
Carrying of a Firearm During           remaining counts - granted;
the      Commission of a Crime         (2)
of Violence; 18:2 - Aiding and
Abetting
(2)


Offense Level (disposition): 4



Complaints:

   NONE


U. S. Attorneys:

   U S Attorney CR
   (619)557-5917
   [COR LD NTC]
   U S Attorneys Office Southern
   District of California
   Criminal Division
   880 Front Street
   Room 6293
   San Diego, CA 92101
   (619)557-5610
```

```
Proceedings include all events.                              TERMED
3:98cr3339-ALL USA v. Gist
                                                             SEALDC

11/6/98   --     DEFENDANT Walter Garfield Gist, Anthony Edwin Jackson,
                 Burnett Pollard arrested
                 [ 3:98-m -2928 ] (elc) [Entry date 11/12/98]

11/9/98   1      COMPLAINT against defendant Walter Garfield Gist, defendant
                 Anthony Edwin Jackson, defendant Burnett Pollard, signed by
                 Magistrate Louisa S. Porter
                 [ 3:98-m -2928 ] (elc) [Entry date 11/12/98]

11/9/98   2      Minutes: Enter Order by Magistrate Louisa S. Porter  first
                 appearance of Walter Garfield Gist, Anthony Edwin Jackson,
                 Burnett Pollard  on cmp, Attorney Richard Barnett appointed
                 for dft Walter Garfield Gist, atty Elizabeth Barranco
                 appointed for dft Anthony Edwin Jackson, atty Lynn Ball
                 appointed for dft Burnett Pollard;  dft Walter Garfield
                 Gist, Anthony Edwin Jackson, Burnett Pollard arraigned;
                 preliminary exam set for 2:00 11/24/98 for Walter Garfield
                 Gist, for Anthony Edwin Jackson, for Burnett Pollard;
                 detention hearing set due to risk of flight/danger for
                 10:00 11/13/98 for Walter Garfield Gist, for Anthony Edwin
                 Jackson, for Burnett Pollard  Court Reporter: POR98
                 1:699-1528
                 [ 3:98-m -2928 ] (elc) [Entry date 11/12/98]

11/13/98  3      Minutes: Enter Order by Magistrate Louisa S. Porter
                 detention hearing continued to 11:00 11/16/98 for Anthony
                 Edwin Jackson - risk of flight & danger,  detention
                 hearing continued to 2:00 11/18/98 for Walter Garfield
                 Gist, for Burnett Pollard - risk of flight & danger Court
                 Reporter: POR98-1:297-585,4885-5061
                 [ 3:98-m -2928 ] (vl) [Entry date 11/16/98]

11/16/98  4      Minutes: Enter Order by Magistrate Louisa S. Porter
                 preliminary exam set for 11/24/98 is vacated & reset for
                 1:00 11/25/98 and detention hearing continued to 9:00
                 12/3/98 for Anthony Edwin Jackson Court Reporter:
                 POR98-1:340
                 [ 3:98-m -2928 ] (vl) [Entry date 11/16/98]
                 [Edit date 11/16/98]

11/17/98  5      INDICTMENT by USA. Counts filed against Walter Garfield
                 Gist (1) count(s) 1, 2, Anthony Edwin Jackson (2) count(s)
                 1, 2, Burnett Pollard (3) count(s) 1, 2. Any XT1 excludable
                 that extends beyond the indictment date is terminated at
                 the point of indictment. (msm) [Entry date 11/17/98]
```

```
Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                   SEALDC
11/18/98  6      Minutes: Enter Order by Magistrate Louisa S. Porter vacate
                 preliminary exam date 11/24/98; detention hearing held
                 11/18/98; Government oral motion for detention granted;
                 Government to prepare order by 11/20/98, detaining as to
                 Walter Garfield Gist, Burnett Pollard, dft Walter
                 Garfield Gist, Burnett Pollard arraigned; not guilty all
                 counts plea entered; Attys Richard Barnett, Lynn Ball
                 appointed, hrg motions/trial setting set 2:00 12/21/98
                 for Walter Garfield Gist, for Burnett Pollard before Judge
                 Moskowitz Court Reporter: POR98: 1;1206-4899 (lmm)
                 [Entry date 11/20/98]

11/25/98  7      Minutes: Enter Order by Magistrate Louisa S. Porter
                 preliminary exam not held, dft Anthony Edwin Jackson
                 arraigned; not guilty all counts plea entered; Atty
                 Elizabeth Barranco appointed, case set for hearing
                 motions/trial setting 2:00 1/4/99 as to Anthony Edwin
                 Jackson before Judge Moskowitz Court Reporter: POR98: 1;
                 119-329 (lmm) [Entry date 12/01/98]

12/2/98   --     TRANSCRIPT of detention hearing held 11/18/98 before the
                 Honorable Louisa S Porter re Walter Garfield Gist III,
                 Burnett Pollard; Echo Reporting Inc (lmm)
                 [Entry date 12/03/98]

12/3/98   8      Findings of Fact and ORDER of Detention of Burnett Pollard
                 pending Trial by Magistrate Louisa S. Porter (lmm)
                 [Entry date 12/03/98]

12/3/98   9      Minutes: Enter Order by Magistrate Louisa S. Porter counsel
                 stipulate to detention as to Anthony Edwin Jackson; dft
                 waives his right to detention hearing/bail hearing today but
                 reserves his right to have bail addressed at a later time
                 without prej; government to prepare order, detaining as to
                 Anthony Edwin Jackson Court Reporter: POR98: 1;0-280 (lmm)
                 [Entry date 12/04/98]

12/7/98   10     Notice of Motion and Motion for discovery, suppression
                 of statements due to unlawful stop, suppression of
                 statements due to violation of Miranda, suppression of
                 identification of defendants due to improper methods of
                 identification by Burnett Pollard; motion hrg set for
                 12/21/98 at 2:00 pm (lmm) [Entry date 12/10/98]

12/7/98   11     Points and authorities by defendant Burnett Pollard in
                 support of motions [10-1], [10-2], [10-3], [10-4] (lmm)
                 [Entry date 12/10/98]

12/11/98  12     Findings of Fact and ORDER of Detention of Anthony Edwin
                 Jackson pending Trial by Magistrate Louisa S. Porter (lmm)
                 [Entry date 12/11/98]
```

```
Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                   SEALDC
12/21/98  13    Minutes: Enter Order by Judge Barry T. Moskowitz dft Walter
                Garfield Gist III oral motion to join dft Burnett Pollard's
                discovery motion granted; hrg motions/trial setting
                continued to 2:00 2/8/99 for Walter Garfield Gist, for
                Anthony Edwin Jackson, for Burnett Pollard at defendants'
                request Court Reporter: Butcher Pence (lmm)
                [Entry date 12/28/98]

1/29/99   14    DISCREPANCY ORDER by Judge Barry T. Moskowitz accepting
                document: supplement to motion to suppress statements due
                to unlawful stop and arrest from defendant Burnett Pollard,
                non-compliance with local rule 15.1 document is to be filed
                nunc pro tunc to the date received (lmm)
                [Entry date 01/29/99]

1/29/99   15    Supplement by defendant Burnett Pollard to motion to
                suppress statements due to unlawful stop and arrest   NUNC
                PRO TUNC 1/28/99 (lmm) [Entry date 01/29/99]

1/29/99   16    Points and authorities  by defendant Burnett Pollard in
                support of motion for suppression of statements due to
                unlawful stop and arrest [10-2]   NUNC PRO TUNC 1/28/99 (lmm)
                [Entry date 01/29/99]

2/8/99    17    Minutes: Enter Order by Judge Barry T. Moskowitz
                defendants Walter Garfield Gist (1), Anthony Edwin Jackson
                (2), Burnett Pollard (3) not appearing; Richard Barnett and
                Lynn Ball not appearing; stipulation to continue motion
                hearing filed as to all dfts to 3/8/99 at 2 pm; disposition
                hearing continued 2:00 2/22/99 for Anthony Edwin Jackson
                (2)  Court Reporter: Pence Butcher (lmm)
                [Entry date 02/10/99]

2/8/99    18    STIPULATION and order by Judge Barry T. Moskowitz as to
                defendant Walter Garfield Gist, defendant Anthony Edwin
                Jackson, defendant Burnett Pollard: motion hearing
                continued until 2:00 3/8/99 for Walter Garfield Gist, for
                Anthony Edwin Jackson, for Burnett Pollard (lmm)
                [Entry date 02/10/99]

2/22/99   19    Minutes: Enter Order by Judge Barry T. Moskowitz
                disposition hearing continued to 2:00 3/8/99 for Anthony
                Edwin Jackson; Court Reporter: Pence/Butcher (rab)
                [Entry date 02/24/99]

3/8/99    20    Motion for release of counsel; appoint new counsel by
                Walter Garfield Gist (lmm) [Entry date 03/11/99]
```

```
Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                   SEALDC
```

| Date | # | Entry |
|---|---|---|
| 3/8/99 | 21 | Minutes: Enter Order by Judge Barry T. Moskowitz granting motion for release of counsel; appoint new counsel [20-1] Debra Ann DiIorio appointed withdrawing attorney Richard M Barnett for Walter Garfield Gist, status hearing re motion/trial setting set 9:00 3/15/99 for Walter Garfield Gist, for Burnett Pollard; motion hearing/trial setting continued to 4:00 3/19/99 for Anthony Edwin Jackson  Court Reporter: Pence Butcher (lmm) [Entry date 03/11/99] |
| 3/15/99 | 22 | Minutes: Enter Order by Judge Barry T. Moskowitz Debra DiIorio affirmed as counsel of record for Gist; case declared complex; excludable time found; motion hearing/trial setting continued to 2:00 4/26/99 for Walter Garfield Gist, for Burnett Pollard at dfts request, (re excludable) XE from 3/15/99 to 4/26/99 as to Walter Garfield Gist, Burnett Pollard; XT 2 as to defendants Walter Garfield and Burnett Pollard; XT4 as to defendants Walter Garfield and Burnett Pollard; Court Reporter: Pence Butcher (lmm) [Entry date 03/17/99] [Edit date 03/19/99] |
| 3/19/99 | 23 | Minutes: Enter Order by Judge Barry T. Moskowitz continued for disposition at court's request to 8:30 3/31/99 for Anthony Edwin Jackson  Court Reporter: Pence Butcher (lmm) [Entry date 03/22/99] |
| 3/31/99 | 24 | Minutes: Enter Order by Judge Barry T. Moskowitz dft Anthony Edwin Jackson sworn; change of plea, Anthony Edwin Jackson (2) count(s) 1, 2 enters guilty plea; Government's exh marked and returned to Government; dft referred to USPO for PSR;, sentencing hearing set 9:00 6/21/99 for Anthony Edwin Jackson  Court Reporter: Pence Butcher (lmm) [Entry date 04/01/99] |
| 4/19/99 | 25 | DISCREPANCY ORDER by Judge Barry T. Moskowitz accepting document: amendment to notice of motion for additional discovery from defendant Burnett Pollard, non-compliance with local rule 15.1 document is to be filed nunc pro tunc to the date received (lmm) [Entry date 04/19/99] |
| 4/19/99 | 26 | AMENDMENT by defendant Burnett Pollard to notice of motion for additional discovery [10-1]; motion hearing date 4/26/99 at 2:00 pm   NUNC PRO TUNC 4/15/99 (lmm) [Entry date 04/19/99] |
| 4/19/99 | 27 | Points and authorities by defendant Burnett Pollard in support of amendment to notice of motion for additional discovery [26-1]   NUNC PRO TUNC 4/15/99 (lmm) [Entry date 04/19/99] |
| 4/19/99 | 28 | Minutes: Enter Order by Judge Barry T. Moskowitz defense counsel's request to be relieved as counsel of record granted, withdrawing attorney Debra Ann DiIorio for Walter Garfield Gist; Frank Vecchione appointed  Court Reporter: Pence Butcher (lmm) [Entry date 04/21/99] |

Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                   SEALDC

| Date | # | Entry |
|---|---|---|
| 4/26/99 | 29 | Minutes: Enter Order by Judge Barry T. Moskowitz motion hearing/trial setting continued to 2:00 7/14/99 for Walter Garfield Gist  Court Reporter: Pence Butcher (lmm) [Entry date 04/29/99] |
| 5/18/99 | 30 | STIPULATION as to defendant Anthony Edwin Jackson that the sentencing be continued to 9/20/99 at 9:00 am (lmm) [Entry date 05/18/99] |
| 5/18/99 | 31 | ORDER by Judge Barry T. Moskowitz as to defendant Anthony Edwin Jackson granting stipulation [30-1] sentencing hearing continued to 9:00 9/20/99 for Anthony Edwin Jackson (lmm) [Entry date 05/18/99] |
| 5/21/99 | 32 | BRIEF by defendant Burnett Pollard re medical records of Anthony Edwin Jackson (lmm) [Entry date 05/24/99] |
| 5/26/99 | 33 | Ex Parte Application by defendant Burnett Pollard for order to have change of plea hearing transcriped in total (lmm) [Entry date 05/27/99] |
| 5/26/99 | 34 | DECLARATION of Lynn H Ball by Burnett Pollard (lmm) [Entry date 05/27/99] |
| 5/26/99 | 35 | ORDER by Judge Barry T. Moskowitz as to defendant Burnett Pollard granting ex parte application [33-1]; it is hereby ordered that Ann Butcher provide a complete transcript of the change of plea hearing on Anthony Edwin Jackson to Atty Lynn H Ball, said transcrpt to include those portions which were ordered sealed (court reporter) (lmm) [Entry date 05/27/99] |
| 6/1/99 | 36 | Notice of Motions and Motions to compel discovery, for attorney voir dire, for joinder in dft Pollard's motion for discovery [10-1], motion suppression of statements due to unlawful stop [10-2], motion suppression of statements due to violation of Miranda [10-3], motion suppression of identification of defendants due to improper methods of identification [10-4], leave to file further motions by Walter Garfield Gist; motion hrg set for 6/14/99 at 2:00 pm (lmm) [Entry date 06/02/99] |
| 6/1/99 | 37 | MEMORANDUM of points and authorities by defendant Walter Garfield Gist in support of motions [36-1], [36-2], [36-3], [36-4] (lmm) [Entry date 06/02/99] |

```
Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                    SEALDC
7/7/99     38      RESPONSE and Opposition by plaintiff USA to defendants
                   Walter Gist III, and Burnett Pollard motion to compel
                   discovery [36-1], motion for attorney voir dire [36-2],
                   motion for joinder in dft Pollard's motion for discovery
                   [10-1], motion suppression of statements due to unlawful
                   stop [10-2], motion suppression of statements due to
                   violation of Miranda [10-3], motion suppression of
                   identification of defendants due to improper methods of
                   identification [10-4] [36-3], motion leave to file further
                   motions [36-4], motion for discovery [10-1], motion
                   suppression of statements due to unlawful stop [10-2],
                   motion suppression of statements due to violation of
                   Miranda [10-3], motion suppression of identification of
                   defendants due to improper methods of identification
                   [10-4], t/w statement of facts, and memorandum of points
                   and authorities (lmm) [Entry date 07/12/99]

7/7/99     38      Motion for reciprocal discovery by USA  as to Walter
                   Garfield Gist, Burnett Pollard; motion hrg set for 7/14/99
                   at 2:00 pm (lmm) [Entry date 07/12/99]

7/14/99    39      Minutes: Enter Order by Judge Barry T. Moskowitz granting
                   dft Walter Garfield Gist's motion for joinder in dft
                   Pollard's motion for discovery [10-1], motion suppression of
                   statements due to unlawful stop [10-2], motion suppression
                   of statements due to violation of Miranda [10-3], motion
                   suppression of identification of defendants due to improper
                   methods of identification [10-4] [36-3]; motion
                   hearing/trial setting continued to 8:30 9/10/99 for Walter
                   Garfield Gist, for Burnett Pollard; hearing re medical
                   records set 9:00 8/13/99 for Walter Garfield Gist, for
                   Burnett Pollard, (re excludable) XE from 7/14/99 to
                   9/10/99 as to Walter Garfield Gist, Burnett Pollard;
                   excludable time found Court Reporter: Pence Butcher (lmm)
                   [Entry date 07/19/99]

7/29/99    40      Notice of Motion for issuance of subpoenas pursuant to Rule
                   17(c) by Burnett Pollard; motion hrg set for 8/13/99 at
                   9:00 am (lmm) [Entry date 07/30/99]

7/29/99    41      Points and authorities by defendant Burnett Pollard in
                   support of the court to issue subpoenas duces tecum pursuant
                   to Rule 17(c) of the FRCrimP [40-1], t/w declaration of Lynn
                   Ball (lmm) [Entry date 07/30/99]

8/13/99    42      STIPULATION and order by Judge Barry T. Moskowitz as to dft
                   Anthony Edwin Jackson; sentencing hearing cont to 9:00
                   11/22/99 for Anthony Edwin Jackson (cag)
                   [Entry date 08/16/99]

8/13/99    43      Letter to court from dft Walter Garfield Gist (cag)
                   [Entry date 08/16/99]
```

```
Proceedings include all events.                                      TERMED
3:98cr3339-ALL USA v. Gist
                                                                     SEALDC
```

| Date | # | Entry |
|---|---|---|
| 8/13/99 | 44 | Minutes: Enter Order by Judge Barry T. Moskowitz granting motion for issuance of subpoenas pursuant to Rule 17(c) as to Mission Bay Hospital [40-1]; status hearing re dft's freedom of information act req set for 2:00 8/30/99 for Walter Garfield Gist, for Burnett Pollard; motion hrg previously set for 9/10/99 reset to 9:00 9/24/99 for Walter Garfield Gist, for Burnett Pollard; cont motion hrg set for 9/13/99 at 2:00 Court Reporter: Pence (cag) [Entry date 08/16/99] |
| 8/26/99 | 46 | Letter to court from Joan Bradley re receiving medical records, etc as to defendant Anthony Edwin Jackson (ryc) [Entry date 08/26/99] |
| 8/30/99 | 47 | Minutes: Enter Order by Judge Barry T. Moskowitz; status hearing re Freedom of Information request held ; hrg motions for motion to suppress changed to 10:00 9/24/99 for Walter Garfield Gist, for Burnett Pollard Court Reporter: L. Pence (bar) [Entry date 09/03/99] |
| 9/1/99 | 48 | Minutes: Enter Order by Judge Barry T. Moskowitz; status re sentencing off calendar, to be reset by counsel. Court Reporter: L. Pence (cag) [Entry date 09/07/99] |
| 9/13/99 | 49 | Minutes: Enter Order by Judge Barry T. Moskowitz status re release of dft Jackson's medical records held Court Reporter: L Pence (lmm) [Entry date 09/16/99] |
| 9/23/99 | 50 | Minutes: Enter Order by Judge Barry T. Moskowitz motion hearing date of 9/24/99 continued at dft's request to 9:00 10/29/99 for Walter Garfield Gist, for Burnett Pollard; jury trial set 9:00 11/9/99 for Walter Garfield Gist, for Burnett Pollard Court Reporter: L Pence (lmm) [Entry date 09/27/99] |
| 10/29/99 | 51 | Minutes: Enter Order by Judge Barry T. Moskowitz motion hearing continued at dft's request to 1:00 11/19/99 for Walter Garfield Gist, for Burnett Pollard; jury trial date of 11/19/99 vacated, (re excludable) XE from 10/29/99 to 11/19/99 as to Walter Garfield Gist, Burnett Pollard; excludable time found Court Reporter: L Pence (lmm) [Entry date 11/01/99] |
| 11/19/99 | 52 | Minutes: Enter Order by Judge Barry T. Moskowitz motion hearing continued to 2:00 12/3/99 for Walter Garfield Gist, for Burnett Pollard; in limine motions hearing continued to 2:00 12/21/99 for Walter Garfield Gist, for Burnett Pollard; jury trial set 9:00 1/11/00 for Walter Garfield Gist, for Burnett Pollard; time estimate for trial five weeks; time screen request to jury administrator Court Reporter: L Pence (lmm) [Entry date 11/22/99] |

```
Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                   SEALDC

11/22/99  53      Minutes: Enter Order by Judge Barry T. Moskowitz
                  sentencing hearing continued at dft's request to 9:00
                  2/7/00 for Anthony Edwin Jackson  Court Reporter: L Pence
                  (lmm) [Entry date 11/23/99]

11/23/99  54      Ex Parte Application by defendant Walter Garfield Gist for
                  order authorizing extraordinary investigator fees (lmm)
                  [Entry date 11/24/99]

11/23/99  55      DECLARATION of counsel by Walter Garfield Gist in support
                  of application for order authorizing extraordinary
                  investigator fees (lmm) [Entry date 11/24/99]

11/29/99  56      ORDER by Judge Barry T. Moskowitz as to defendant Walter
                  Garfield Gist granting application [54-1]; it is hereby
                  ordered that extraordinary expenses not to exceed $2,100.00
                  are approved (lmm) [Entry date 11/29/99]

12/6/99   57      STIPULATION as to defendant Walter Garfield Gist, defendant
                  Burnett Pollard to continue motion hearing date (lmm)
                  [Entry date 12/06/99]

12/6/99   58      ORDER by Judge Barry T. Moskowitz as to defendant Walter
                  Garfield Gist, defendant Burnett Pollard granting
                  stipulation [57-1] the motion hearing date continued to
                  2:00 12/10/99 for Walter Garfield Gist, for Burnett
                  Pollard (lmm) [Entry date 12/06/99]

12/10/99  59      SUPERSEDING Information Walter Garfield Gist (1) count(s)
                  1s, 2s, 3s, 4s, Burnett Pollard (3) count(s) 1s, 2s, 5s (lmm)
                  [Entry date 12/15/99]

12/10/99  60      WAIVER of Indictment by defendant Burnett Pollard (lmm)
                  [Entry date 12/15/99]

12/10/99  61      WAIVER of Indictment by defendant Walter Garfield Gist (lmm)
                  [Entry date 12/15/99]

12/10/99  62      Minutes: Enter Order by Judge Barry T. Moskowitz dfts
                  Walter Garfield Gist and Burnett Pollard sworn, dft Walter
                  Garfield Gist, Burnett Pollard arraigned; Attys present,
                  as to dft Walter Garfield Gist (1) count(s) 1s, 2s, 3s, 4s
                  enters guilty plea; dft referred to USPO for PSR;
                  Government's exhs marked and returned to Government,
                  sentencing hearing set 9:00 4/3/00 for Walter Garfield
                  Gist, as to dft Burnett Pollard (3) count(s) 1s, 2s, 5s
                  enters guilty plea; dft states true name as Burnett Pollard
                  Jr; dft referred to USPO for PSR; Government's exhs marked
                  and returned to Government, sentencing hearing set 9:00
                  7/10/00 for Burnett Pollard; as to both dfts motions
                  withdrawn in limine motion hearing date of 12/21/99 and
                  trial date of 1/11/00 vacated, (re excludables) XE from
                  12/7/98 to 12/10/99 as to Walter Garfield Gist, Burnett
                  Pollard  Court Reporter: L Pence (lmm) [Entry date 12/15/99]
```

```
Proceedings include all events.                                         TERMED
3:98cr3339-ALL USA v. Gist
                                                                        SEALDC
                    [Edit date 12/17/99]

2/7/00     63      Minutes: Enter Order by Judge Barry T. Moskowitz
                   sentencing continued to 9:00 2/10/00 for Anthony Edwin
                   Jackson  Court Reporter: L Pence (lmm) [Entry date 02/08/00]

2/10/00    66      Minutes: Enter Order by Judge Barry T. Moskowitz
                   sentencing hearing held, sentencing Anthony Edwin
                   Jackson (2) count(s) 1, 2; 18 months as to count one; 60
                   months as to count two consecutive to count one custody of
                   the Bureau of Prisons; three years supervised release as to
                   counts one and two concurrently plus conditions; $100
                   penalty assessment as to each count for a total of $200
                   thru Inmate Financial Responsibility Program; no fine
                   imposed; Terminating defendant Anthony Edwin Jackson, dft
                   Anthony Edward Jackson's request for departure denied
                   Court Reporter: L Pence (lmm) [Entry date 04/04/00]

2/16/00    64      JUDGMENT and Commitment issued to U.S. Marshal for Anthony
                   Edwin Jackson by Judge Barry T. Moskowitz, the dft pleaded
                   guilty to counts one and two of the indictment (lmm)
                   [Entry date 02/17/00]

2/24/00    65      ORDER by Judge Barry T. Moskowitz as to defendant Walter
                   Garfield Gist the sentencing date presently set for 4/3/00
                   is vacated and reset to 5/8/00 at 9 am for Walter Garfield
                   Gist (lmm) [Entry date 02/25/00]

5/8/00     67      Minutes: Enter Order by Judge Barry T. Moskowitz
                   sentencing continued to 9:00 9/22/00 for Walter Garfield
                   Gist Court Reporter: L Pence (lmm) [Entry date 05/09/00]

5/8/00     68      Minutes: Enter Order by Judge Barry T. Moskowitz
                   sentencing hearing continued to 9:00 9/22/00 for Walter
                   Garfield Gist Court Reporter: L Pence (lmm)
                   [Entry date 05/10/00]

7/3/00     69      STIPULATION and order by Judge Barry T. Moskowitz as to
                   defendant Burnett Pollard Jr: sentencing hearing
                   continued to 9:00 9/22/00 for Burnett Pollard Jr  before
                   Judge Barry T. Moskowitz (llb) [Entry date 07/03/00]

8/28/00    70      Letter to court from dft Walter Garfield Gist (cag)
                   [Entry date 08/30/00]

8/28/00    71      Minutes: Enter Order by Judge Barry T. Moskowitz; defendant
                   Gist(1) withdraws his written request for a new atty;
                   states that he wants to continue with Frank Veccione;
                   defense oral motion to continue sentence granted;
                   sentencing  continued to 8:30 12/7/00 for Walter Garfield
                   Gist ; defendant's letters ordered filed; Court Reporter:
                   L. Pence (bar) [Entry date 08/31/00]
```

```
Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                   SEALDC
```

| Date | # | Entry |
|---|---|---|
| 9/21/00 | 72 | STIPULATION and order by Judge Barry T. Moskowitz as to defendant Burnett Pollard Jr: sentencing date continued to 8:45 12/11/00 for Burnett Pollard Jr (lmm) [Entry date 09/22/00] |
| 12/13/00 | 74 | Minutes: Enter Order by Judge Barry T. Moskowitz joint request for continuance of sentence granted to 8:45 4/4/01 for Burnett Pollard Jr Court Reporter: L Pence (lmm) [Entry date 12/20/00] |
| 12/14/00 | 73 | STIPULATION and order by Judge Barry T. Moskowitz as to defendant Burnett Pollard Jr: sentencing date continued to 8:45 4/4/01 for Burnett Pollard Jr before Judge Barry T. Moskowitz (lmm) [Entry date 12/14/00] |
| 12/21/00 | 75 | STIPULATION as to defendant Walter Garfield Gist to continue sentencing hearing date (lmm) [Entry date 12/22/00] |
| 12/21/00 | 76 | ORDER by Judge Barry T. Moskowitz as to defendant Walter Garfield Gist granting stipulation [75-1] sentencing continued to 9:00 4/4/01 for Walter Garfield Gist before Judge Barry T. Moskowitz (lmm) [Entry date 12/22/00] |
| 4/4/01 | 77 | Minutes: Enter Order by Judge Barry T. Moskowitz on court's own motion sentencing continued to 2:30 4/17/01 for Walter Garfield Gist, for Burnett Pollard Jr before Judge Barry T. Moskowitz; Court Reporter: L Pence (lmm) [Entry date 04/09/01] |
| 4/17/01 | 78 | Minutes: Enter Order by Judge Barry T. Moskowitz hearing PO report and sentencing continued to 9:00 7/20/01 for Walter Garfield Gist, for Burnett Pollard Jr before Judge Barry T. Moskowitz; (matter sealed) Court Reporter: L Pence (lmm) [Entry date 04/18/01] |
| 5/15/01 | 79 | Ex Parte Application by defendant Burnett Pollard Jr for an order authorizing interim payment of voucher (lmm) [Entry date 05/15/01] |
| 5/15/01 | 80 | DECLARATION of Lynn Ball by Burnett Pollard Jr (lmm) [Entry date 05/15/01] |
| 5/15/01 | 81 | ORDER by Judge Barry T. Moskowitz as to defendant Burnett Pollard Jr granting ex parte application [79-1]; interim payments authorized (lmm) [Entry date 05/15/01] |
| 6/5/01 | 82 | ORDER Re CJA Voucher by Judge Barry T. Moskowitz as to defendant Burnett Pollard Jr, the district court approves this interim voucher in the amount of $14,872.50 in fees, plus $77.62 in expenses, for a total of $14,950.12 (lmm) [Entry date 06/06/01] |

```
Proceedings include all events.                                  TERMED
3:98cr3339-ALL USA v. Gist
                                                                 SEALDC
7/23/01   83      STIPULATION and order by Judge Barry T. Moskowitz as to
                  defendant Burnett Pollard Jr: sentencing continued to 2:30
                  11/7/01 for Burnett Pollard Jr before Judge Barry T.
                  Moskowitz (lmm) [Entry date 07/23/01]

11/7/01   87      Minutes: Enter Order by Judge Barry T. Moskowitz  status
                  hrg set for 9:00 11/9/01 for Walter Garfield Gist, for
                  Burnett Pollard Jr  before Judge Barry T. Moskowitz ;
                  Court Reporter: S. August (ksr) [Entry date 11/08/01]

11/9/01   89      Minutes: Enter Order by Judge Barry T. Moskowitz   hearing
                  PO report and sentencing continued to 9:00 5/8/02 for
                  Walter Garfield Gist, for Burnett Pollard Jr  before Judge
                  Barry T. Moskowitz ;  Court Reporter: Lee Ann Pence (ksr)
                  [Entry date 11/14/01]

11/13/01 88       STIPULATION and order by Judge Barry T. Moskowitz as to
                  defendant Walter Garfield Gist, defendant Burnett Pollard
                  Jr:  hearing PO report and sentencing continued to 2:30
                  5/8/02 for Walter Garfield Gist, for Burnett Pollard Jr
                  before Judge Barry T. Moskowitz (ksr) [Entry date 11/13/01]
                  [Edit date 11/15/01]

5/8/02    90      STIPULATION to continue sentencing hrg date as to defendant
                  Walter Garfield Gist, defendant Burnett Pollard Jr from
                  05/08/02 to 07/12/02 at 8am (bjr) [Entry date 05/09/02]

5/8/02    91      ORDER by Judge Barry T. Moskowitz as to defendant Walter
                  Garfield Gist, defendant Burnett Pollard Jr granting
                  stipulation for continuance [90-1]  PO report and
                  sentencing cont to 8:00 7/12/02 for Walter Garfield Gist,
                  for Burnett Pollard Jr before Judge Barry Ted Moskowitz
                  (Per BTM, no more continuances) (bjr) [Entry date 05/09/02]

7/9/02    92      DISCREPANCY ORDER by Judge Barry T. Moskowitz  accepting
                  document: sentencing memo from defendant Burnett Pollard Jr,
                  non-compliance with local rule 7.1.e document is to be
                  filed nunc pro tunc to the date received (bjr)
                  [Entry date 07/09/02]

7/9/02    93      SENTENCING memorandum  re defendant Burnett Pollard Jr;
                  document filed NUNC PRO TUNC to 07/08/02 (bjr)
                  [Entry date 07/09/02]
```

```
Proceedings include all events.                                    TERMED
3:98cr3339-ALL USA v. Gist
                                                                   SEALDC
7/12/02   101   Minutes: Enter Order by Judge Barry T. Moskowitz,
                sentencing  Walter Garfield Gist to count(s) 1s, 2s , 3s ,
                4s .  Dft committed to the custody of the BOP for a term of
                21 months as to count 1s and 3s concurrent, 60 months as to
                count 2s consecutive to count 1s and 3s, and 60 months as
                to count 4s consecutive to count 1s,2s, and 3s, for a total
                of 141 months; 3 years supervised release as to counts
                1s,2s,3s, and 4s concurrent; $100 P/A as to count 1s,2s,3s,
                and 4s for a total of $400 and no fine; sentencing Burnett
                Pollard to count(s) 1s, 2s , 5s .  Dft committed to the
                custody of the BOP for a term of 33 months as to count 1s
                and 5s concurrent, 60 months as to count 2s consecutive to
                count 1s and 5s for a total of 93 months; supervised
                release for a term of 3 years as to counts 1s,2s and 5s;
                $100 P/A  as to count 1s, 2s and 5s for a total of $300 and
                no fine; Terminating defendant Burnett Pollard, defendant
                Walter Garfield Gist; restitution record to financial as
                to Walter Garfield Gist; dft Gist to make restitution to
                International City Bank through the Clerk's Office in the
                amount of $14,290.00 to be paid in installments of $200 per
                month, with  balance due at end of supervised release; dft
                Gist to have credit for payments by co-defendants;
                restitution ordered as to Burnett Pollard Jr; dft Pollard
                to make restitution throught Downey Savings and Loan
                through the Clerk's Office in the amount of $5,397.00 to be
                paid in installments of $100 per month, with balance due at
                end of supervised release;  Dismissing counts as to
                Walter Garfield Gist (1) count(s) 1, 2 .  Govt oral motion
                to dismiss remaining counts - granted; dismissing counts as
                to Burnett Pollard  count(s) 1, 2 . Govt oral motion to
                dismiss remaining counts - granted; case terminated ;
                Court Reporter: L. Pence (andy) [Entry date 07/16/02]

7/15/02   102   JUDGMENT and Commitment issued to U.S. Marshal for Burnett
                Pollard Jr  by Judge Barry T. Moskowitz (andy)
                [Entry date 07/16/02]

7/15/02   103   JUDGMENT and Commitment issued to U.S. Marshal for Walter
                Garfield Gist   by Judge Barry T. Moskowitz (andy)
                [Entry date 07/16/02]

8/27/02   104   JUDGMENT and Commitment returned executed  8/20/02 Walter
                Garfield Gist (1) count(s) 4s, 3s, 2s, 1s (joeh)
                [Entry date 08/27/02]

4/28/05   105   Transfer of Jurisdiction of Probationer/Supervised Releasee
                Anthony Edwin Jackson to the Delaware by Judge Barry T.
                Moskowitz (transfer package sent) (ksr)
                [Entry date 04/29/05]


Docket as of April 29, 2005 7:54 am                         Page 18
```