AO91 (10/80)                                                          Complaint

98 NOV -9 AM 9:11

BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER GARFIELD GIST<br>ANTHONY EDWIN JACKSON<br>BURNETT POLLARD | COMPLAINT for VIOLATION of<br><br>U.S.C. Title 18<br><br>Section(s) 2113 (a) '98 mg 2920<br>and<br>2 |

The undersigned complainant being duly sworn states:

That on or about November 6, 1998, at San Diego, California within the Southern District of California, WALTER GARFIELD GIST, ANTHONY EDWIN JACKSON, and BURNETT POLLARD did by force, violence and intimidation unlawfully take from the person and presence of an employee of the UNION BANK, 11015 Sorrento Valley Road, San Diego, California, U. S. currency belonging to and in the care, custody, management and possession of the UNION BANK, 11015 Sorrento Valley Road, San Diego, California, deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section(s) 2113 (a) and 2.

and the complainant states that this complaint is based on:

(SEE ATTACHED AFFIDAVIT)

I hereby attest and certify on 4/29/05.
That the foregoing document is a full true and correct
copy of the original on file in my office and in my legal
custody

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Sworn to before me, and subscribed in my presence, 11/8 , 19 98

Signature of Complainant

Steven W. Olson
Special Agent
Federal Bureau of
Investigation

Official Title

United States Magistrate Judge

1

2                          A F F I D A V I T

3    STATE OF CALIFORNIA  )

4                          )    ss.

5    COUNTY OF SAN DIEGO  )

6

7           I, STEVEN W. OLSON, being duly sworn, depose and say:

8           1.  I am a Special Agent for the Federal Bureau of

9    Investigation (FBI) assigned to the San Diego Field Division.

10   The information contained in this affidavit is based upon my

11   own investigation and information provided to me by other

12   federal and state law enforcement officers.

13          2.  On November 6, 1998, at approximately 11:00 a.m.,

14   your affiant was advised of a bank robbery in progress at the

15   UNION BANK, 11015 Sorrento Valley Road, San Diego, California.

16          3.  FBI Special Agent Suzanne Hesselman who

17   interviewed employees and customers at the bank learned that

18   at approximately 11:00 a.m., two black males entered the bank.

19   The first black male, hereafter referred to as Robber #1, wore

20   a black cap, a black bandanna covering his face, a red and

21   black sweater with a white collar, and tan pants.  The second

22   black male, hereafter referred to as Robber #2, wore dark

23   clothing, to include a black hat, a bandanna covering his face,

24   and carried a silver revolver in his hand.  As Robber #2

25   entered the bank he yelled, "Everybody get down." Robber #2

26   jumped over the teller counter and took United States currency

27   from the teller drawer while Robber #1 remained in the lobby.

28   When Robber #2 finished gathering the money, he came back into

                                    1

1  the lobby through the teller door and exited the bank with

2  Robber #1.

3         4.   The robbers were seen getting into a dark blue

4  older model Buick with a white California license plate

5  beginning with 1NV or 1NZ, parked in the bank's lot.  The

6  robbers exited out of the bank's parking lot to the east then

7  made a left-hand turn onto Sorrento Valley Court.

8         5.   San Diego Police Officer Ziegler, after hearing a

9  radio dispatch describing the bank robbery suspects as three

10  black males, one of whom was possibly wearing a white

11  turtleneck shirt, and driving a dark blue Buick with a partial

12  California plate of 1NZ responded to the area of the bank

13  driving west on Sorrento Valley Boulevard.  Ziegler observed a

14  grey four door sedan occupied by three black males driving east

15  on Sorrento Valley Boulevard.  Officer Ziegler noticed that the

16  lone rear seat passenger was wearing what appeared to be a

17  white turtleneck shirt.  Officer Ziegler continued

18  approximately 100 yards before he could make a U-turn.  Officer

19  Ziegler lost the grey sedan for a short time.  As Ziegler

20  turned around at Camino Santa Fe, he again located the grey

21  sedan driving east on Sorrento Valley Boulevard.  Ziegler again

22  made a U-turn eventually catching up to the grey sedan on Calle

23  Cristobal east of Camino Santa Fe.  With assistance from other

24  San Diego Police Department Officers, Ziegler conducted a hot

25  stop on the grey Sedan at Camino Ruiz and Zapata.

26         6.   At approximately the same time, San Diego Police

27  Department Detective Jody Silva, responded to the area of the

28  bank and began checking for the vehicle the robbers were seen

2

1 | driving from the bank. Silva located a dark older model Buick
2 | which fit the description of the getaway vehicle, parked behind
3 | 11085 Sorrento Valley Court. Silva spoke to several citizens,
4 | however, was unable to locate the owner.

5 | 7. At approximately the same time, San Diego Police
6 | Department Detective Dave Walker also responded to the area of
7 | the bank and began looking for the suspects along with
8 | Detective Silva and FBI Agent Kay Baker. While searching a
9 | construction area on Lopez Ridge Way, which is near the bank
10 | and the area where the getaway car was located, Walker found
11 | articles of clothing to include, a red and blue long sleeved
12 | shirt with a white collar, a black bandanna, a black knit cap,
13 | and a pair of black gloves, matching those worn by the robber
14 | #1. The clothing had been dumped in a trash can at the south
15 | end of the construction area. At that time, Walker, Silva, and
16 | Baker were approached by several construction workers. One of
17 | the workers handed Silva a purple carrying bag that contained
18 | United States currency and a black baseball hat and a pair of
19 | black and white gloves similar to those worn by robber #2. The
20 | construction worker told Silva that he found the purple bag
21 | inside the porta-potty that was next to the trash can where
22 | Walker found the clothing. Silva turned the purple bag and its
23 | contents over to Walker.

24 | 8. One of the construction workers told Silva that
25 | he saw a young black male who he further described as in his
26 | twenties or thirties, wearing a white shirt, tan or khaki
27 | colored pants, and having short hair, slam the door closed on
28 | the porta-potty. The construction worker watched as this black

3

1  male got into the back seat of a grey sedan with a California

2  license plate beginning with the letter's RAEN. The vehicle was

3  also occupied by two older black males who were sitting in the

4  front seats.

5          9.   Detective Silva transported the construction

6  worker to the area of Camino Ruiz and Zapata for a curbside

7  line up.  Silva drove past the grey sedan that Officer Ziegler

8  had stopped.  When the construction worker saw the grey sedan,

9  he said, "There's the car.  That's the plate I gave you, RAENS..

10  Yeah, that is the car."  Silva then parked her car on Zapata

11  approximately 50' from the patrol cars.  Before the first

12  detained black male, who was later identified as WALTER

13  GARFIELD GIST III, was completely out of the patrol car, the

14  witness said, "That's the guy that shut the bathroom door.  I'm

15  positive of that.  His clothes are the same, but I don't

16  remember the glasses."  As Gist was brought closer to Silva's

17  vehicle the witness stated, "Yeah that's the guy."  At the time

18  of the car stop, Gist was seated in the back seat of the grey

19  sedan.  The second black male, who was later identified as

20  BURNETT POLLARD, was brought toward Silva's car, the witness

21  stated, "I believe that guy was in the passenger seat.  I

22  remember seeing a dark shirt in the passenger seat.  I only saw

23  a fleeting glance of his face.  He looks like it."  Before the

24  third detained black male was brought out of the patrol car the

25  witness told Silva, "I remember the driver was older, and had

26  grey in his hair and was wearing sunglasses."  As the third

27  detained black male, who was later identified as ANTHONY EDWIN

28  JACKSON, was brought toward Silva's car, the witness stated,

4

1  "Yeah that was the driver of the car.  I remember the grey in

2  his hair and the beard.  I remember he had glasses.  He yelled

3  at the kid, 'Get in the car!'  Now that I see him, I remember

4  his shirt was black like that too.  I didn't see the emblem on

5  the front, though, since he was inside the car."

6          10.  During the curbside line up each of the detained

7  individuals was photographed.  While Gist was being photograhed

8  officer Watkins told him not to smile.  Gist responded, "I'm

9  fucked so I'm just trying to make the best of it."

10          11.  After the curb side line up, your affiant was

11  advised by FBI Agent Baker that the purple bag contained

12  $13,090 in United Stated currency including 5 twenty-dollar

13  bait bills from the UNION BANK.

14          12.  At the time of the robbery the UNION BANK was a

15  federally insured institution with the Federal Deposit

16  Insurance Corporation (FDIC).  An audit by UNION BANK employees

17  revealed that the bank has sustained a loss of approximately

18  $13,090 in United States currency.

19          13. During a post arrest interview, Jackson admitted

20  that he entered the bank with Gist and that Pollard drove the

21  switch vehicle which is the same vehicle they were in when they

22  were stopped by the San Diego Police Department.

23          14.  The black males who were arrested are described

24  as follows:

25
            Name:    Walter Garfield Gist
26          Race:    Black
            Sex:     Male
27          DOB:          /77
            SSAN:        .0482
28          Height:  5-11"

5

```
 1                    Weight:    170 lbs.
                      Hair:      Black/short
 2                    Eyes:      Brown

 3                    Name:      Anthony Edwin Jackson
                      Race:      Black
 4                    Sex:       Male
                      DOB:          /55
 5                    Height:    5-11"
                      Weight:    167 lbs.
 6                    Hair:      Salt and pepper
                      Facial Hair: Grey short beard
 7                    Eyes:      Brown

 8                    Name:      Burnett Polard
                      Race:      Black
 9                    Sex:       Male
                      DOB:          /70
10                    SSAN:         3841
                      Height:    6-1"
11                    Weight:    217 lbs.
                      Hair:      Black
12                    Eyes:      Brown

13

14

15

16

17

18

19

20
     _____
21   Steven W. Olson, Special Agent
     FBI - San Diego, California
22

23   Sworn to before me and subscribed in
     my presence this 8th day of November, 1998.
24

25
     _____
26   United States Magistrate Judge

27

28

                            6
```

## Magistrate Information Sheet

1.  Dis. Auth _____ 1A. USAO # _____ Ct.# _____ Agency # _____  2.  Hg. Date _____
3.  AUSA _____  4.  Mag. _____ 5. Mat.Wit.s Cust: NO. Arraign M/W Release M/W Other

Def. # __2__ of __3__ 6. Def Name: WALTER GARFIELD GIST III   Soc.Sec.#: ___0482___
                        Alias: _____   Birth Date ___ -77
                        Address: none given

2.  Flip? Yes (No) Charges _____   8. Arrest Date . 1/6/98

Penalties BANK ROBBERY _____  Place of Arrest: SAN DIEGO CA
Agent: STEVE OLSON     Phone #: 514 5963       Date Committed:
Agency    FBI _____  Program Category:

8.  Custody? (Yes) No                    10.  Citizenship? (U.S.)  Mex.  Other _____

11. INS Status: Res  Bcc  Illegal  Other _____
Prior Deports: _____          Prior VR's _____
Prior Record: ___SEE ATTACHED_____

Drug Usage: _____  How Evidenced? _____
Cash on Def. # _____ Other Evidence _____
Agents Fact Summary:

  Gist was one of two individuals who did a take over style bank robbery
  on 1/6/98. Gist's role was to remain in the lobby and keep the
  customers and employees on the ground while his partner took the mon

Agents Bail Info (Employment, Family, Etc.) no employment, some family in San Di

Vehicle Seized (Describe) _____  Mat/Wit Atty: _____
12. Def. Atty. Apptd. Fid. To Retain    13. Def. Atty. Name _____
4.  Plea: Guilty Count _____ NG  Nolo    15. RCD? Yes  No  16. Sent.
Con't Sent                              16A. S.A. # _____ 17. Dism? Ct.  Govt.
8.  Next Court for _____ 19. Date _____  16. Time _____ and for _____ on _____ at _____
21. Bond Set _____
                                        Conditions _____
2.  Pers Info _____
3.  Sentencing Guidelines: _____
4.  Potential Forfeitures _____

    _____
    _____

Gov't Sent Recommendation: _____
Defendant's Sent Recommendation: _____
Probation Dept Recommendation: _____

ev: 8/90

## Magistrate Information Sheet

1. Dis. Auth_____ 1A. USAO #_____ Ct.#_____ Agency # _FBI_ 2. Hg. Date_____
2. AUSA_____ 4. Mag._____ 5. Mat.Wit.: Custi NO. Arraign M/W Release M/W Other

Def. # _1_ of _3_ 6. Def Name: _ANTHONY EDWIN JACKSON_ Soc.Sec.# _____ _7452_
Alias: _____ Birth Date_____ - _55_ -
Address _____ _SAN DIEGO, CA_

7. Flip? Yes (No) Charges _____ 8. Arrest Date: _Nov 06 1998_

Penalties _BANK ROBBERY_ Place of Arrest: _SAN DIEGO_
Agent: _STEVE OLSON_ Phone #: _514 5963_ Date Committed:
Agency: _FBI_ Program Category:

9. Custody? (Yes) No    10. Citizenship? (U.S.) Mex. Other_____

11. INS Status: Res Sec Illegal Other_____
Prior Deports: _____ Prior VR's_____
Prior Record: _____

Drug Usage: _____ How Evidenced? _____
Cash on Def. # _____ Other Evidence _____
Agents Fact Summary:

JACKSON was one of two individuals who did a take over style bank robbery on 11/6/98. Jackson's role was to jump the counter and remove the cash from the teller drawer. At least one witness saw Jackson holding a gun during the robbery.

Agents Bail Info (Employment, Family, Etc.) _Family Resides in San Diego, no employment_

Vehicle Seized (Describe) _____ Mat/Wit Atty:
12. Def. Atty. Apptd. Ret'd. To Retain    13. Def. Atty. Name
4. Plea: Guilty Count _____ NG Nolo    15. RCD? Yes No 16. Sent.
Don't Sent _____ 16A. S.A. # _____ 17. Dism? Ct. Govt.
8. Next Court for _____ 18. Date _____ 19. Time _____ and for _____ on _____ at _____
21. Bond Set _____

Conditions

2. Pers Info _____
3. Sentencing Guidelines: _____
4. Potential Forfeitures _____
_____
_____
_____

Gov't Sent Recommendation: _____
Defendant's Sent Recommendation: _____
Probation Dept Recommendation: _____

Rev: 8/90

\*\* MAY NOT BE IN COMPLIANCE WITH ANNUAL REGISTRATION UPDATE \*\*

JACKSON,ANTHONY EDWARD
JACKSON,TONY E

## Magistrate Information Sheet

1. Dis. Auth _____ 1A. USAO # _____ Ct.# _____ Agency # _____ 2. Hg. Date _____
3. AUSA _____ 4. Mag. _____ 5. Mat.Wit.: Cust: NO. Arraign M/W Release M/W Other

Def. # __3__ of __3__ 6. Def Name: BURNETT POLLARD     Soc.Sec.# _____ 3841
                      Alias _____                    Birth Date _____
                      Address _____                  SAN DIEGO CA
                                                       NATL. CITY

7. Flip? Yes (No) Charges _____                      8. Arrest Date .11/6/98

Penalties: BANK ROBBERY                    Place of Arrest: SAN DIEGO
Agent: STEVE OLSEN        Phone #: 514.5963  Date Committed: _____
Agency: FBI                                Program Category: .

8. Custody? (Yes) No          10. Citizenship? (U.S.) Mex. Other _____

11. INS Status: Res  Dec  Illegal  Other _____
Prior Deports: _____                                 Prior VR's _____
Prior Record: SEE ATTACHED

Drug Usage: _____                    How Evidenced? _____
Cash on Def. # _____  Other Evidence _____
Agents Fact Summary:

    Pollard was the driver of the getaway vehicle used after
    his two partners did a take over style bank robbery


Agents Bail Info (Employment, Family, Etc.) Pollard has family in San Diego and
claimed to work for a Security Company

12. Def. Atty: Apptd. Ftd. To Retain   Mat/Wit Atty:
                                       13. Def. Atty. Name
14. Plea: Guilty Count _____ NG Nolo  15. RCD? Yes No 16. Sent.
Def't Sent                              16A. S.A. # _____ 17. Dism? Ct. Govt.
8. Next Court for _____ 18. Date _____  19. Time _____ and for _____ on _____ at _____
21. Bond Set _____
                              Conditions

1. Pers Info _____
2. Sentencing Guidelines: _____
4. Potential Forfeitures _____


Gov't Sent Recommendation: _____
Defendant's Sent Recommendation: _____
Probation Dept Recommendation: _____

Rev: 8/90

**** END OF MESSAGE ****