```
                                    98 NOV 17 AM 10: 57

                                         msm
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 1998 Grand Jury   '98 cr 3339 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2113(a) - Bank Robbery; Title 18, U.S.C., Sec. 924(c)(1) - Use and Carrying of a Firearm During the Commission of a Crime of Violence; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| WALTER GARFIELD GIST III (1), ANTHONY EDWIN JACKSON (2), BURNETT POLLARD (3), | |
| Defendants. | |

The grand jury charges:

### Count 1

On or about November 6, 1998, within the Southern District of California, defendants WALTER GARFIELD GIST III, ANTHONY EDWIN JACKSON and BURNETT POLLARD, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Union Bank, 11015 Sorrento Valley Road, San Diego, California, the sum of approximately $13,090, belonging to and in the care, custody, control, management, and possession of Union Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

SWH:kro:San Diego
11/16/98



<u>Count 2</u>

On or about November 6, 1998, within the Southern District of California, defendants WALTER GARFIELD GIST III, ANTHONY EDWIN JACKSON and BURNETT POLLARD, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the crime charged in Count 1 of this indictment, did knowingly use and carry a firearm; in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

DATED: November 17, 1998.

A TRUE BILL:

_____
Foreperson

CHARLES G. La BELLA
United States Attorney

By: _____
SHERRI WALKER HOBSON
Assistant U.S. Attorney

I hereby attest and certify on 4/29/05
That the foregoing document is a full true and correct copy of the original on file in my office and in my legal custody

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By: K Ridgeway, Deputy